**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**CIVIL DIVISION**

JANNA D. EVANS AND
DANIEL EVANS                                                               PLAINTIFFS

VS.                                   CASE NO. 18CN-24-401

STATE FARM MUTAL AUTOMOBILE INSURANCE COMPANY                              DEFENDANT

**COMPLAINT**

    **COMES,** the Plaintiffs, Janna D. Evans, and Daniel Evans, by and through their attorney, Sheila F. Campbell, states:

    1. That at all times pertinent to this cause of action, which is the subject matter of this Complaint, the Plaintiffs, Janna D. Evans, and Daniel Evans were citizens of West Memphis, Crittenden County, Arkansas.

    2. That Defendant, State Farm Mutual Automobile Insurance Company, herein after referred to as "State Farm", is an insurance company duly authorized to provide insurance in the State of Arkansas at all times pertinent to this cause of action, and was conducting business in Crittenden County, Arkansas.

    3. That the subject matter of this action concerns a tortuous injury occurring in Crittenden County, Arkansas on June 7, 2023, arising out an automobile accident that the Defendant State Farm provided underinsured motorist coverage under policy number 3788537-C13-04C.

EXHIBIT A

1

4. Plaintiff, Daniel Evans, was driving north on Interstate 55 in the left lane when his vehicle was struck in the rear by Ricky Wilson causing Plaintiff to strike a concrete wall barrier.

5. Plaintiff, Jana D. Evans, was a passenger in the vehicle driven by the Plaintiff, Daniel Evans, who was her husband at all times pertinent to this cause of action.

6. That Ricky Wilson, the tortfeasor, caused the accident described in paragraph numbered (4) as a result of his negligence in the following respects:

    a. failing to yield the right-on-way;

    b. failing to keep a proper lookout;

    c. following too close for conditions;

    d. careless and prohibited driving, and,

    e. otherwise failing to exercise reasonable care and to obey the rules of the road applicable to operators of motor vehicles.

7. That as a proximate cause of the negligence of the tortfeasor, Ricky Wilson, Plaintiff, Janna D. Evans sustained the following injuries;

    a. Plaintiff, Janna D. Evans, had low back pain, sciatica, lumbar spinal fracture, low abdominal pain, compression fracture of the lumbar at L1 and L3 and aggravation of chronic pain syndrome;

    b. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    c. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    d. medical expenses incurred in the past and reasonably certain to be incurred in the future;

    e. scars and disfigurement; and,

    f. loss of earnings and earnings capacity; and

    g. loss of consortium

8. That as a proximate cause of the negligence of the tortfeasor, Ricky Wilson, Plaintiff, Daniel Evans has a claim for loss of consortium.

9. That as a proximate cause of the negligence of the tortfeasor Ricky Wilson, Plaintiff, Daniel

Evans, suffered loss of consortium as a derivative claim of the injuries suffered by his spouse, Plaintiff, Janna D. Evans.

10. As a direct and proximate cause of the underinsured motorist negligence, the Plaintiffs suffered severe bodily injury and resulting medical bills, pain and suffering, disability mental anguish, capacity for loss of enjoyment of life, loss of consortium, loss of earning, loss of income and injuries that are permanent in nature that Plaintiff, Jana D. Evans continues to suffer and will continue to suffer for the remainder of her life.

11. That at the time of the accident that is the subject of this cause of action, Defendant State Farm Mutual Automobile Insurance Company ("State Farm") provided among other things, underinsured motorist coverage in the amount of $100,000.00 per person for the Plaintiffs under their personal policy. A copy of the policy from Defendant State Farm is attached hereto as Exhibit 1.

12. That Plaintiffs accordingly make claim against the tortfeasor's liability insurance coverage which is insufficient to satisfy a judgment or settlement for the Plaintiffs' bodily injuries, pain, suffering and mental anguish, loss of earnings and loss of earning capacity, and loss of consortium, and other damages, to the full extent of the Plaintiffs' underinsured motorist coverage. This claim is brought under the authority granted in *Brinker v. Forrest City School Dist. No 7*, 344 Ark. 171, 40 S.W. 3rd 265(2001)

13. That the tortfeasor, Ricky Wilson that occasioned this accident that is the subject of this cause of action who was also insured with the Defendant State Farm has tendered his policy limits and Defendant State Farm gave the Plaintiffs permission to settle their third-party claim against the underinsured motorist without prejudice to pursue an underinsured motorist claim under their own insurance policy with Defendant State Farm.

14. The amount recovered by the Plaintiffs from the tortfeasor, Ricky Wilson does not fully compensate Plaintiffs' injuries and damages sustained.

15. The Defendant State Farm is under a contractual obligation to compensate the Plaintiffs for the full value of their damages under their underinsured motorist provision of their policy that is attached hereto as Exhibit "1".

16. That Defendant State Farm was and is aware of the significant damages suffered by the Plaintiff including her past medical bills and loss wages in the amount of $72,006.00 incurred in the past and past pain and suffering, loss of consortium, and future medical bills to be incurred and future pain and suffering, but has breached it obligation to compensate to compensate the Plaintiffs under the uninsured motorist provision of their policy as set forth herein.

17. That Defendant State Farm is held to an implied covenant of good faith and fair dealing concerning its duties and obligations under the terms of its automobile liability insurance policy with the Plaintiffs and has breached it duty of good faith and fair dealing in failing to attempt to effectuate a prompt, fair and equitable settlement of the Plaintiffs' claims when liability was clear.

18. As a direct and proximate result of the Defendant's breach of its contractual obligations to its insured, the Plaintiffs have been damaged.

19. That Plaintiffs furthermore claims reasonable attorney's fees, interest and a twelve present (12%) penalty pursuant to A.C.A. §23-79-208, if and when applicable.

20. Under any scenario, Plaintiffs should be compensated for the injuries and damages sustained, in an amount exceeding the minimum jurisdictional limits required for federal court jurisdiction in diversity of citizenship cases.

21. The Plaintiffs request a jury trial.

**WHEREFORE**, Plaintiffs, Janna D. Evans and Daniel Evans, prays that they be awarded judgment against the Defendant, State Farm Mutual Automobile Insurance Company in an amount adequate to compensate him for the damages he has sustained, with said amount being in excess of that required for federal court jurisdiction in diversity of citizenship cases, for costs, interest , 12% penalty and attorney's fees where appropriate, and for all other relief to which the Plaintiff is entitled.

Respectfully submitted,

*Sheila F. Campbell*
Sheila F. Campbell 83-239
Sheila F. Campbell, P.A.
Attorney at Law
P.O. Box 939
North Little Rock, AR 72114
(501) 374-0700 (telephone)
(501) 372-5375(fax)
sheila.sfclaw@gmail.com

State Farm Mutual Automobile Insurance Company
PO Box 2358
Bloomington IL 61702-2358

R 50195-1-P    MUTL    VOL

**DECLARATIONS PAGE**

PAGE 1 OF

NAMED INSURED
AT2                                  04-2AA2-1   P     A
001443  0058
EVANS, DANIEL & JANNA D
1400 WINGATE CV
WEST MEMPHIS AR  72301-2882

POLICY NUMBER   378 8537-C13-04B
POLICY PERIOD SEP 25 2023 to MAR 13 2024
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1376515622

AGENT

CHAD WINN
1796 FALLS BLVD N
WYNNE, AR 72396-4022

PHONE: (870)238-3333

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2023 | NISSAN | ROGUE | SPORT WG | JN8BT3BAXPW425759 | 103H60H000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $231.60 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000          $100,000 | |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $100,000 | |
| C | Medical Payments Coverage | $36.53 |
|   | Limit - Each Person | |
|   | $5,000 | |
| D | Comprehensive Coverage - $500 Deductible | $144.19 |
| G | Collision Coverage - $500 Deductible | $338.89 |
| H | Emergency Road Service Coverage | $2.03 |
| R1 | Car Rental and Travel Expenses Coverage | $20.58 |
|   | Limit - Car Rental Expense | |
|   | Each Day,    Each Loss | |
|   | 80%              $1,500 | |
| U | Uninsured Motor Vehicle Coverage | $14.27 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000        $100,000 | |
| U1 | Uninsured Motor Vehicle Coverage | $4.34 |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $100,000 | |
| W | Underinsured Motor Vehicle Coverage | $15.64 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000        $100,000 | |
| S1 | Death, Dismemberment and Loss of Sight Coverage | $2.05 |
| T3 | Total Disability Coverage | $14.00 |
| | Total premium for SEP 25 2023 to MAR 13 2024. | $824.12    This is not a bill |

EXHIBIT
10/9/11

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaukell*
Secretary

*Michael F. Tipsord*
President



**State Farm Mutual Automobile Insurance Company**

PO Box 2358
Bloomington IL 61702-2358

R 50195-1-P          MUTL   VOL

| DECLARATIONS PAGE |
|---|

PAGE 2 OF

NAMED INSURED  001443  0058
EVANS, DANIEL & JANNA D
1400 WINGATE CV
WEST MEMPHIS AR  72301-2882

04-2AA2-1  P    A

POLICY NUMBER    378 8537-C13-04B
POLICY PERIOD SEP 25 2023 to MAR 13 2024
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1376515622

### IMPORTANT MESSAGES

Arkansas law requires that insurers notify an authorized law enforcement agency if there is a reason to believe that a fire loss may be other than accidental. The law requires also that any authorized agency may demand that an insurer provide information relating to a questionable fire loss. An insurer releasing such information shall inform its insured no later than ninety days after the release of the report. A copy of the report shall be furnished to the insured in the event of civil action or criminal prosecution.

Replaced policy number 3788537-04A.

**Your total renewal premium for SEP 13 2023 to MAR 13 2024 is $883.29.**

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.

```
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9804A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CREDITOR- FIRST SOUTH FINANCIAL CU, PO BOX 924375, FT WORTH TX 76124-4375.
6129F         AMENDATORY ENDORSEMENT.
6904A.3       AMENDATORY ENDORSEMENT.
```

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaukell*
Secretary

*Michael F. Tipsord*
President

State Farm Mutual Automobile Insurance Company
PO Box 2358
Bloomington IL 61702-2358

**StateFarm**

EVANS, DANIEL & JANNA D
1400 WINGATE CV
WEST MEMPHIS AR 72301-2882

A-2AA2       A

## AUTO RENEWAL

**PREMIUM PAID: $731.11**
DO NOT PAY.
*Your premium is billed through the State Farm Payment Plan*

State Farm Payment Plan Number: 1376515622

**Your State Farm Agent**

CHAD WINN

Office: 870-238-3333

Address: 1796 FALLS BLVD N
             WYNNE, AR 72396-4022

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**Thank you for choosing State Farm.**

**Policy Number: 378 8537-C13-04**
Policy Period: March 13, 2023 to September 13, 2023

**Vehicle:**
2022 NISSAN PATHFINDER

**Principal Driver:**
JANNA D EVANS

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

Policy Number: 378 8537-C13-04
Prepared January 19, 2023
1004583

Page number 1 of 6

143562  202  01-15-2018



### Drive Safe & Save™ puts you in the driver's seat of your discount.

Get a discount just for enrolling. From there, how you drive determines how much you save.

If you haven't already, download the app and enroll. Text **SAVEMORE** to **42407**; contact your agent, CHAD WINN, at 870-238-3333; or scan this QR code.



Discounts may exceed 30% and vary state-to-state (NY capped at 30%). Not available in CA, MA, RI. A discount may not be available in NC depending on individual facts and circumstances. Setup required.



## VEHICLE INFORMATION

**Review your policy information carefully.** If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|
| 2022 NISSAN PATHFINDER | 5N1DR3AA8NC206572 | JANNA EVANS, a married female, who will be age 43 as of March 13, 2023. | To Work, School or Pleasure. |

### Other Household Vehicle(s)
Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

    2002 FORD RANGER
    2019 NISSAN FRONTIER

With Drive Safe & Save™, mileage information and driving characteristics are used to determine your discount. Your calculated annual mileage is 7,200.

### Premium Adjustment
Each year, we review our medical payments and personal injury protection coverages claim experience to determine the vehicle safety discount that is applied to each make and model. In addition, we review the comprehensive, collision, bodily injury and property damage claim experience annually to determine which makes and models have earned decreases or increases from State Farm's standard rates. If any changes result from our reviews, adjustments are reflected in the rates shown on this renewal notice.

## DRIVER INFORMATION

### Assigned Driver(s)
The following driver(s) are assigned to the vehicle(s) on this policy.

| Name | Age as of March 13, 2023 | Gender | Marital Status |
|---|---|---|---|
| JANNA D EVANS | 43 | Female | Married |

### Other Household Driver(s)
In addition to the Principal Driver(s) and Assigned Driver(s), your premium may be influenced by the drivers shown below and other individuals permitted to drive your vehicle. This list does not extend or expand coverage beyond that contained in this automobile policy. The drivers listed below are the drivers reported to us that most frequently drive other vehicles in your household.

    DANIEL EVANS
    MATTHEW K JOHNSON



**Principal Driver & Assigned Drivers**
For each automobile, the **Principal Driver** is the individual who most frequently drives it.
Each driver is designated as an **Assigned Driver** on the household automobile that they most frequently drive. Your premium may be influenced by the information shown for these drivers.

IMPORTANT NOTICE REGARDING YOUR PREMIUM

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

COVERAGE AND LIMITS *See your policy for an explanation of these coverages.*

| | | |
|---|---|---:|
| A | Liability | |
| | Bodily Injury 50,000/100,000 | |
| | Property Damage  100,000 | $208.04 |
| C | Medical Payments  5,000 | $37.47 |
| D | 500 Deductible Comprehensive | $123.09 |
| G | 500 Deductible Collision | $290.11 |
| H | Emergency Road Service | $2.05 |
| R1 | Car Rental & Travel Expense | |
| | 80%  Per Day, $1,500 Max | $18.11 |
| U | Uninsured Motor Vehicle | |
| | Bodily Injury 50,000/100,000 | $14.62 |
| U1 | Uninsured Motor Vehicle | |
| | Property Damage  100,000 | $4.48 |
| S1 | Death Indemnity | $2.20 |
| T3 | Total Disability | $15.00 |
| W | Underinsured Motor Vehicle | |
| | Bodily Injury 50,000/100,000 | $15.94 |
| **Total Premium** | | **$731.11** |

The claim experience on your make and model of vehicle has resulted in a reduction to your vehicle rating group for comprehensive coverage.

The claim experience on your make and model of vehicle has resulted in a reduction to your vehicle rating group for collision coverage.

The claim experience on your make and model of vehicle has resulted in a reduction to your liability rating group for bodily injury and/or property damage coverages.

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.



DISCOUNTS *These adjustments have already been applied to your premium.*

| | |
|---|---|
| Multiple Line | ✓ |
| Multicar | ✓ |
| Good Driving | ✓ |
| Drive Safe & Save™ | ✓ |
| **Total Discounts** | **$595.28** |

## SURCHARGES AND DISCOUNTS

**AUTOMOBILE RATING PLAN** - Applies to private passenger cars only.

**Accident-Free Discount** - Once your policy has been in force for at least three years with no chargeable accidents, you may qualify for our Accident-Free Discount. Once you qualify, this discount applies as long as there are no chargeable accidents, and may even increase over time.

**Good Driving Discount** - Newer policyholders who do not yet qualify for our Accident-Free Discount (available after three years with no chargeable accidents) may already be receiving a Good Driving Discount. This discount continues to apply until your policy qualifies for the Accident-Free Discount as long as there are no chargeable accidents and no new drivers. If you add new drivers, they must also qualify in order for your Good Driving Discount to continue.

**Chargeable Accidents** - For new business rating, an accident is chargeable if it results in $750 or more of damage to any property. For renewal business, an accident is chargeable as of the date State Farm pays at least $750 (for accidents occurring on or after April 1, 1999) under property damage liability and collision coverages for an at-fault accident.

**Surcharges** - If there are chargeable accidents, you may lose your Good Driving Discount or Accident-Free Discount and receive accident surcharges. But if the accident is the first to become chargeable in nine years and this policy has been in force for at least that long, the Accident-Free Discount will continue and no surcharge will apply. The surcharge for each accident depends upon the number and timing of the accidents, and each accident surcharge will remain in effect up to three years.

Surcharges will be removed if the company is given satisfactory evidence that the driver involved is no longer a member of the household or will not be driving the car in the future. If that driver is insured on another State Farm policy, his or her driving record will be considered in the rating of the other policy.

These discounts and surcharges do not apply to all coverages. For complete details, see your State Farm agent.

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

### Important Notice about Drive Safe & Save™ Mobile

As we analyze the large amount of driving data received through Drive Safe & Save, we're able to update our algorithm to continually improve the way we reward you for safe driving. To make the most of your discount opportunity, remember to watch your driving feedback in the app to focus on driving as smoothly as possible.

### Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

*(continued on next page)*



Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*



# Important Notice

For information or assistance with any insurance problem, be sure **to contact your State Farm® agent first.** Your "good neighbor" agent will be happy to help you. Please see the enclosed policy Declarations Page or renewal notice for the name and phone number of your agent.

If additional information or assistance is required, you may contact:

> State Farm Insurance Companies
> 1 State Farm Plaza
> Bloomington, IL, 61710-0001
> 800-STATEFARM (800-782-8332)

If we at State Farm Insurance Company fail to provide you with reasonable and adequate service, you should feel free to contact:

> Arkansas Insurance Department
> 1 Commerce Way, Suite 102
> Little Rock, AR 72202
> 800-852-5494
> 501-371-2640

---

State Farm Mutual Automobile Insurance Company
State Farm Fire and Casualty Company
Bloomington, IL

6/20                                153-575 AR.8

State Farm Mutual Automobile Insurance Company

PO Box 2358
Bloomington IL 61702-2358

86416-1-P  MUTL  VOL

## DECLARATIONS PAGE

PAGE 1 OF

NAMED INSURED
AT2                             04-2AA2-1  P    A
                 001442  0058
EVANS, DANIEL & JANNA D
1400 WINGATE CV
WEST MEMPHIS AR  72301-2882

POLICY NUMBER   378 8537-C13-04A
POLICY PERIOD JUN 19 2023 to SEP 13 2023
     12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1376515622

AGENT

CHAD WINN
1796 FALLS BLVD N
WYNNE, AR 72396-4022

PHONE: (870)238-3333

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2020 | MITSUBISHI | OUTLANDER | SPORT WG | JA4AZ3A33LZ027109 | 103H60H000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $105.27 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000         $100,000 | |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $100,000 | |
| C | Medical Payments Coverage | $17.68 |
|   | Limit - Each Person | |
|   | $5,000 | |
| D | Comprehensive Coverage - $500 Deductible | $58.96 |
| G | Collision Coverage - $500 Deductible | $115.54 |
| H | Emergency Road Service Coverage | $1.24 |
| R1 | Car Rental and Travel Expenses Coverage | $8.20 |
|   | Limit - Car Rental Expense | |
|   | Each Day,    Each Loss | |
|   | 80%          $1,500 | |
| U | Uninsured Motor Vehicle Coverage | $6.83 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000         $100,000 | |
| U1 | Uninsured Motor Vehicle Coverage | $2.09 |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $100,000 | |
| W | Underinsured Motor Vehicle Coverage | $7.44 |
|   | Bodily Injury Limits | |
|   | Each Person,  Each Accident | |
|   | $50,000         $100,000 | |
| S1 | Death, Dismemberment and Loss of Sight Coverage | $1.03 |
| T3 | Total Disability Coverage | $7.01 |

Total premium for JUN 19 2023 to SEP 13 2023.   $331.29   This is not a bill

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Michael F Tipsord*
President

Case 2:24-cv-00113-BSM   Document 3   Filed 06/14/24   Page 18 of 19



**State Farm Mutual Automobile Insurance Company**

PO Box 2358
Bloomington IL 61702-2358

| | 86416-1-P | MUTL VOL |

**DECLARATIONS PAGE**

PAGE 2 OF

```
                                 04-2AA2-1  P     A
NAMED INSURED   001442  0058
EVANS, DANIEL & JANNA D
1400 WINGATE CV
WEST MEMPHIS AR    72301-2882
```

POLICY NUMBER    378 8537-C13-04A
POLICY PERIOD JUN 19 2023 to SEP 13 2023
   12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1376515622

### IMPORTANT MESSAGES

Arkansas law requires that insurers notify an authorized law enforcement agency if there is a reason to believe that a fire loss may be other than accidental. The law requires also that any authorized agency may demand that an insurer provide information relating to a questionable fire loss. An insurer releasing such information shall inform its insured no later than ninety days after the release of the report. A copy of the report shall be furnished to the insured in the event of civil action or criminal prosecution.

Replaced policy number 3788537-04.

**Your total renewal premium for MAR 13 2023 to SEP 13 2023 is $709.40.**

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.

```
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9804A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CREDITOR- LEADERS CREDIT UNION, 214 OIL WELL RD, JACKSON TN 38305-7914.
6128DC       AMENDATORY ENDORSEMENT.
6904A.3      AMENDATORY ENDORSEMENT.
```

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yourell*
Secretary

*Michael F. Tipsord*
President