IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JANNA D. EVANS and**                                                                                **PLAINTIFFS**
**DANIEL EVANS**

v.                **CASE NO. 2:24-CV-00113-BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE